# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**TRISTEN WEAVER**<br><br>*Defendant(s)* | Case No.<br>6:19-mj - *1654* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 28, 2019__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Unlawfully Possessing a Firearm by a Convicted Felon. |

This criminal complaint is based on these facts:
Please see affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Matthew R. Oliver, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/17/19

City and state: Orlando, FL

*Judge's signature*

Hon. Gregory Kelly, U. S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**  Case No: *19-1654*
**COUNTY OF ORANGE**

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Matthew R Oliver, being duly sworn, depose state that:

### BACKGROUND

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been employed in this capacity since May of 2009. I am currently assigned to a unit that investigates criminal enterprises and violent gangs out of the Tampa Field Office, Orlando Resident Agency, and I have been assigned to this unit since November of 2011. Prior to being an SA, I was employed with the Kissimmee Police Department ("KPD") from 2003 to 2009. During my employment with KPD, I was assigned to various units investigating crimes related to violence, criminal gangs, narcotics and firearm related activity.

2. I have learned the following information in my official capacity by first hand observations, by receiving information from other law enforcement officers involved in this investigation and/or by receiving reliable information from others. The following information is not all the information known to your affiant regarding this investigation, it is only information to establish probable cause for the arrest of Tristen WEAVER for unlawfully Possessing a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g).

## INVESTIGATIVE SUMMARY

3. On June 28, 2019, Osceola County Sheriff Deputies responded to a business located on North Orange Blossom Trail, in the Middle District of Florida, in reference to a suspicious incident involving an armed subject. Specifically, information was relayed to the deputies that an unknown black male was walking around with a firearm. The deputies responded to the area and made contact with a subject, who the deputies later identified as Tristen Anthony WEAVER.

4. Upon contact with WEAVER, deputies observed WEAVER making motions in an attempt to conceal an unknown object. As a result, WEAVER was asked to keep his hands visible to deputies. Deputies then advised WEAVER that they would conduct a pat-down to feel for possible weapons. Prior to deputies conducting the pat-down, WEAVER advised that he had a weapon on his person, which was located on his left hip, inside of his cargo shorts. WEAVER was ordered not to move so the deputies could locate the weapon.

5. In that area, deputies located a large machete stuffed down WEAVER's pants. Deputies asked WEAVER if there was anything else on his person; at which point, WEAVER attempted to reach inside another pocket. Deputies advised WEAVER not to reach for anything. One of the deputies then located an unloaded silver Bauer Automatic .25 caliber semi-automatic handgun inside his right pants' pocket. The firearm was

manufactured outside the state of Florida and had traveled in interstate commerce. While deputies attempted to detain WEAVER he began to tense up and would not put his right hand behind his back. WEAVER then began resisting the deputies' commands. WEAVER was eventually handcuffed and detained in the patrol car. Included below is a picture of the machete and firearm recovered from WEAVER's person.



7.  While processing WEAVER after his arrest, inside a patrol car, WEAVER spontaneously uttered "*you're lucky I only had one bullet that's why I didn't fight ya, but I'm gonna get mine shot when I see ya on the street.*" No ammunition was found on WEAVER's person. WEAVER further stated "*I aint afraid he's gonna get his.*"

3

9. A criminal history check of WEAVER revealed the following felony convictions:

- Aggravated battery on a law enforcement officer (guilty/03/0/2001);

- Possession of cocaine (guilty/06/07/2002);

- Possession of a firearm by a convicted felon (guilty/06/06/2005);

- Possession of cocaine with the intent to sell and deliver (guilty/06/06/2005);

- Domestic Battery 01/23/2015 (guilty/01/23/2015); and

- Possession of Heroin 06/21/2017 (guilty/06/21/2017)

10. Based on my review of the State of Florida, Department of Corrections' records, I know WEAVER spent at least one year in prison; specifically after his conviction for possession of cocaine with intent to sell and deliver in 2005 (listed above).

11. I respectfully submit that there is probable cause to believe WEAVER knowingly possessed a firearm after being convicted of felony, punishable by imprisonment for a term of incarceration exceeding one year, in violation of 18 U.S.C. § 922(g), and respectfully request a warrant for his arrest be issued. This concludes the affidavit.

_____
Special Agent Matthew R Oliver
Federal Bureau of Investigation

Sworn to and subscribed to this
___ day of September, 2019.

_____
The Honorable
United States Magistrate Judge

5